■ JOANNE INZINNA et al., Appellants, v BRINKER RESTAURANT CORPORATION, Doing Business as CHILI'S RESTAURANT, Respondent. (Appeal No. 1.) [754 NYS2d 615] —Appeal from an order of Supreme Court, Erie County (Sconiers, J.), entered June 27, 2002, which, inter alia, denied plaintiffs' motion to set aside the verdict and for a new trial on damages.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Green, Scudder, Kehoe and Lawton, JJ.